**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1001**

———————

SHIRLEY I. MEDFORD,

Plaintiff - Appellant,

versus

WACHOVIA CORPORATION, formerly Central Fidel-
ity Bank,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Newport News.  Henry C. Morgan, Jr., District
Judge.  (CA-98-128-4)

———————

Submitted:  May 19, 2000              Decided:  June 2, 2000

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shirley I. Medford, Appellant Pro Se.  Curtis McKinley Hairston,
Jr., David C. Burton, WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shirley I. Medford appeals the district court's grant of Wachovia Corporation's motions for dismissal under Rule 12(b)(6) of the Federal Rules of Civil Procedure and for summary judgment, and dismissing Medford's employment discrimination complaint.  We have reviewed the record and the district court's opinion adopting in part the magistrate judge's report and recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Medford v. Wachovia Corp., No. CA-98-128-4 (E.D. Va. Nov. 10, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED